```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DARRELL JOE,

                           Plaintiff,                         10 **CIVIL** 4417 (RJS)

         -against-                                    **JUDGMENT**

DEBRA MOE, et al.,

                          Defendants.
------------------------------------------------------------X

      Defendants having moved to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Richard J. Sullivan, United States District Judge, and the Court, on May 31, 2011, having rendered its Opinion and Order granting defendants' motion to dismiss the amended complaint in it entirety, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 31, 2011, defendants' motion to dismiss the amended complaint is granted in its entirety. The dismissal is with prejudice except for (1) any claim for malicious prosecution by the City of New York in connection with Plaintiff's May 19, 2006 arrest, and (2) any state law claims, which are dismissed without prejudice; accordingly, the case is closed.

Dated:  New York, New York
           May 31, 2011

                                                                   **RUBY J. KRAJICK**
                                                                    Clerk of Court
                                                      BY:
                                                                       Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____